

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2021

No. 04-20-00447-CV

**ALPHA SECURITIES, LLC**,
Appellant

v.

**CITY OF FREDERICKSBURG**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15377
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file its brief is GRANTED. Appellant's brief is due on or before **January 13, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court